IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.                           CRIMINAL NO. 3:04cr24WSu

STARSKY DARNELL REDD, ET AL

### MOTION TO UNSEAL

The United States of America requests that the electronic surveillance tape containing, inter alia, a recorded conversation which occurred on August 4, 1995, between Willie Earl Culley and Billy Tucker, be unsealed and a copy of that taped conversation identified as Call Number 3958 be provided to this Court, forthwith.

WHEREFORE, the United States requests that the Court UNSEAL the specified electronic surveillance tape.

                                          Respectfully submitted,

                                          DUNN LAMPTON
                                          UNITED STATES ATTORNEY

By:     /s/ Sandra M. Moses
                       SANDRA G. MOSES
                       Assistant United States Attorney
                       GA Bar No. 283815

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that the specified electronic surveillance tape be unsealed.

SO ORDERED, this the 21th day of March, 2006.

                                          /s/ Henry T. Wingate
                                          CHIEF UNITED STATES DISTRICT JUDGE